# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**  
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 20-CV-1031

**Republic Technologies (NA), LLC, and Sream, Inc.**

Plaintiff

vs.

**Star Shine Inc. d/b/a Exotic Vapors Tobacco and Laljibhai Thakkar**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint; Exhibit(s)**

PARTY SERVED: **STAR SHINE INC. D/B/A EXOTIC VAPORS TOBACCO**

PERSON SERVED: **DREW THAKKA, OWNER**

METHOD OF SERVICE: **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: **04/03/2020 at 4:10 PM**

ADDRESS, CITY AND STATE: **1926 E. TOUHY AVE, DES PLAINES, IL 60018**

DESCRIPTION: **Middle Eastern, Male, 40, 5'7", 170 lbs, Black hair**

I declare under penalties of perjury that the information contained herein is true and correct.

_____
Craig Palmer, Lic # 117-001119  
Judicial Attorney Services, Inc.  
2100 Manchester Rd., Ste 505  
Wheaton, IL 60187  
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 6th day of April, 2020.

_____
NOTARY PUBLIC

OFFICIAL SEAL  
JOAN C HARENBERG  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES:04/28/21

CLIENT: **The Ticktin Law Group**  
FILE #: **17-0315**

Tracking #: **433304**