**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| REPUBLIC TECHNOLOGIES (NA), LLC, and SREAM, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>STAR SHINE INC. d/b/a EXOTIC VAPORS TOBACCO and LALJIBHAI THAKKAR, )<br>)<br>)<br>Defendants. | No. 1:20-cv-01031<br>Judge John J. Tharp, Jr. |

## JUDGMENT ORDER

This action having been decided on a motion for default judgment, it is hereby ORDERED that total judgment, including costs, in the amount of $30,576, is entered in favor of Plaintiffs Republic Technologies (NA), LLC, and Sream, Inc. and against Defendants Star Shine, Inc. and Laljibhai Thakkar.

Dated: October 1, 2020

John J. Tharp, Jr.
United States District Judge